NUMBER
13-10-00526-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

MIIGUEL REGALADO,                                                                    Appellant,

 

                                                             v.

 

NOEHMI B. GUERRA,                                                                      Appellee.

____________________________________________________________

 

                             On
Appeal from the 107th District Court 

                                       of
Cameron County, Texas.

____________________________________________________________

 

                MEMORANDUM
OPINION ON REHEARING

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion On
Rehearing Per Curiam

 








By
memorandum opinion issued on June 23, 2011, this Court affirmed the judgment in
this cause.  See Regalado v. Guerra, No. 13-10-00526-CV, 2011 Tex. App.
LEXIS 4748, at *1 (Tex. App.—Corpus Christi June 23, 2011, no pet.) (mem.
op.).  Appellant has now filed a “Motion for Rehearing and in the Alternative
Motion to Dismiss Appeal.”  The motion states, in relevant part, that the order
subject to appeal herein had been vacated by the trial court prior to this
Court’s decision on the merits.  Appellant thus requests that we withdraw our
opinion and dismiss the appeal.  More than ten days have passed since appellant
filed this motion and appellee has not filed a response to the motion.  See
Tex. R. App. 10.3.  

The
Court, having examined and fully considered appellant’s motion, is of the
opinion that it should be granted in part and denied in part.  See id.
R. 42.1(a)(1).  The motion is granted insofar as we withdraw our previous
opinion and judgment and we dismiss the appeal.  See id. R. 42.1(c).  All
other relief sought in the motion is denied.  Costs are assessed against
appellant.  See id. R. 42.1(d). 

It
is so ORDERED.

                                                                                    PER
CURIAM

 

Delivered and filed the

18th day of August , 2011.